**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: July 19, 2019**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                            CASE NO:  19-31123
                                                         (Chapter 13)
Steven D. Shafer                           JUDGE:  BETH A. BUCHANAN

ORDER DISMISSING CASE (DOC. 15)

This matter is before the Court upon the Chapter 13 Trustee's Motion to Dismiss (Doc. 15). As no party has timely responded to the motion, the Motion to Dismiss is GRANTED.

IT IS ORDERED that this case be and hereby is dismissed.

The Trustee will refund to the Debtor any balance on hand at the entry of this order.

IT IS SO ORDERED.

Submitted By:

/s/ JEFFREY M KELLNER
JEFFREY M KELLNER          0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
Phone: (937) 222-7600
Fax: (937) 222-7383
email: chapter13@dayton13.com

**Copies:**
All Creditors and Parties in Interest.

282